

# Court Of Appeals
## Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★                    ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00535-CV

**IN RE Stanley Owen JONES, JR.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed:   August 31, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On August 25, 2009, relator filed a petition for writ of mandamus and a motion for temporary relief. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

                                                  PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-10976, styled *In the Interest of I.M.J.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel presiding. However, the challenged order was issued by the Honorable Michael Peden, presiding judge of the 285th Judicial District Court, Bexar County, Texas.